### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KENNETH W. WEBB, JR**                           **PLAINTIFF**

**v.**                       **3:08-CV-00133-WRW**

**EVERETT TRANSPORTATION,** *et al.*                   **DEFENDANTS**

### ORDER

Pending is Plaintiff's Motion to Remand (Doc. No. 7). Defendants responded and do not object.[1] Accordingly, Plaintiff's Motion is GRANTED and this case is remanded to the Circuit Court of Crittenden County, Arkansas.

IT IS SO ORDERED this 11th day of September, 2008.

                                                       /s/ Wm. R. Wilson, Jr.
                                                       UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 9.